APPEAL NO. 1800. AMADEO PEREZ *et al. v.* PAWTUCKET REDEVELOPMENT AGENCY *et al.* Petition for reargument denied. Joslin and Doris, JJ., not participating. *William J. George, Louis J. Perez,* for plaintiffs. *John F. Sherlock, Jr., Edward G. McLee,* for Pawtucket Redevelopment Agency. *Gerald J. Pouliot,* Asst. City Solicitor, for defendants.

APPEAL NO. 1978. INDUSTRIAL NATIONAL BANK OF RHODE ISLAND *v.* CHARLES STUARD *et al.* Motion of Strauss, Factor, Chernick & Hillman Professional Corporation for leave to file brief as amicus curiae is granted, and its brief may be filed on or before June 29, 1973. Joslin, J., not participating. *Monti and Monti, A. David Tammelleo,* for plaintiff-appellee. *David Hassenfeld,* for defendants-appellants.

APPEAL NO. 73-33. STATE *v.* LEO JOSEPH DESROCHES. Motion for extension of time for filing brief granted, and petitioner will be allowed to file his brief on or before June 27, 1973. Motion for appointment of counsel other than the Public Defender is denied. Petition for writ of habeas corpus ad testificandum is denied. Motion to remand transcript to Superior Court to establish truth and completeness of transcript is denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, for plaintiff. *Leo Joseph Desroches,* defendant, pro se.

May 4, 1973.

M. P. No. 73-128. RICHARD R. DEORSEY *v.* BOARD OF BAR EXAMINERS FOR THE STATE OF RHODE ISLAND. Petition for review of respondent board's ruling and for admission to the Rhode Island bar is assigned to the June, 1973 calendar for hearing. Joslin, J., not participating. *Raymond J. Daniels,* for petitioner. *Edwin H. Hastings,* for respnodent.